THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kenneth M. Simmons,       
Appellant.
 
 
 

Appeal From Dorchester County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2003-UP-250
Submitted January 29, 2003  Filed April 
 3, 2003  

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Walter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM: Kenneth Simmons was convicted 
 of second degree criminal sexual conduct and sentenced to twenty years suspended 
 on the service of fifteen years incarceration and five years probation.  On 
 appeal, counsel for Simmons argues the trial judge erred by refusing to allow 
 a defense witness to present corroborating impeachment testimony at trial.  
 Simmons filed a separate pro se brief arguing (1) the trial judge erred 
 by refusing to admit testimony to impeach the victim about her prior sexual 
 experience; (2) the trial judge erred by allowing the State to introduce inadmissible 
 hearsay testimony; and (3) his sentence is in violation of the South Carolina 
 Constitution.  After a thorough review of the record, counsels brief, and Simmonss 
 pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Simmonss appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.